JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| POSHOW ANN KIRKLAND, TRUSTEE OF THE BRIGHT CONSCIENCE TRUST DATED SEPTEMBER 9, 2009, AND JOHN KIRKLAND,<br><br>Appellants,<br><br>vs.<br><br>ROBERT A. HESSLING, APC,<br><br>Appellee. | District Court Case No. 2:20-cv-07786-FMO<br><br>Related Bankruptcy Case Lead No. 2:10-bk-62208-ER [Chapter 7]<br><br>**ORDER APPROVING STIPULATION TO DISMISS INTERLOCUTORY APPEAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023** |

The Court has considered the Stipulation to Dismiss Interlocutory Appeal without Prejudice Pursuant to Federal Rule of Bankruptcy Procedure 8023 ("Stipulation") between appellee Robert A. Hessling, APC, on the one hand, and appellants, Poshow Ann Kirkland ("Poshow"), solely in her capacity as the trustee of the Bright Conscience Trust dated September 9, 2009 ("BC Trust"), and John Kirkland ("Kirkland"), on the other hand.  It appearing that good cause exists:

///

///

IT IS ORDERED that:

1. The Stipulation is approved.

2. The appeal is dismissed without prejudice.

3. Poshow, as the trustee of the BC Trust, and Kirkland shall have the right to seek a review of any final order that may be entered by the Bankruptcy Court with respect to the payment of the fees of the professionals employed by Jason M. Rund, the Chapter 7 Trustee ("Trustee") of the consolidated estate of EPD Investment Company, LLC and Jerrold S. Pressman, including those issues that were or could have been raised in an appeal from the fee order.

4. The Trustee, Poshow, as trustee of the BC Trust, and Kirkland shall bear their respective attorneys' fees and costs regarding this appeal.

### 

DATED: September 11, 2020          ____/s/_____
                                    U.S. District Judge

2595125.1 (18737.001)            2